## ELLISON *et al.* v. BANK OF MEEKER.

No. 666.   Opinion Filed January 10, 1911.

**APPEAL AND ERROR—Review—Verdict—Sufficiency of Evidence.**
   Syllabus same as paragraph 3 of the syllabus in **Ft. Smith & W. R. Co. v. Chandler Cotton Oil Co.,** 25 Okla. 82, 106 Pac. 10.

*Error from District Court, Lincoln County; W. N. Maben, Judge.*

Action by the Bank of Meeker against V. S. Ellison and others. Judgment for plaintiff, and defendants bring error. Affirmed.

*Roy Hoffman* and *J. B. A. Robertson,* for plaintiffs in error.
*Edgar N. Sweet, S. D. Decker,* and *V. S. Decker,* for defendant in error.

WILLIAMS, J.   The note sued upon by the defendant in error, as plaintiff, against the plaintiffs in error, as defendants, was non-negotiable. All defenses that were permissible between the original parties are still available. The issues of fact were submitted under proper instructions, and the verdict of the jury, as

approved by the trial court in overruling the motion for new trial, there being substantial evidence to support the same, is conclusive on this court. *Ft. Smith & Western R. Co. v. Chandler Cotton Oil Co.*, 25 Okla. 82, 106 Pac. 10.

The judgment of the lower court is affirmed.

All the Justices, concur, except HAYES, J., absent and not participating.